IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION<br><br>Defendant. | C.A. No. 12-91-RGA |

### JOINT STIPULATION OF DISMISSAL OF PRAGMATUS TELECOM, LLC AND FEDERAL EXPRESS CORPORATION

IT IS HEREBY STIPULATED by Pragmatus Telecom, LLC ("Pragmatus") and Federal Express Corporation ("FedEx") as follows:

1. Pragmatus has brought the above-captioned patent infringement action (the "Action") based on three patents identified in paragraph 2 of the Complaint (the "Pragmatus Patents"). Pragmatus alleges in paragraph 9 of the Complaint that the Pragmatus Patents encompass remote help click-to-chat functionality that is a form of web-based communication in which a customer clicks an object (*e.g.*, button, image or text) to request an immediate connection with a call center in real-time by text chat (referred to herein as the "Live Chat Services").

2. FedEx represents that its U.S. Live Chat Services are currently provided exclusively by Oracle's ATG business group ("Oracle/ATG"). FedEx further represents that it has never, within the past seven (7) years, used any U.S. Live Chat Services that were not provided by Oracle/ATG.

3. Based on the foregoing representation by FedEx, Pragmatus hereby dismisses WITH PREJUDICE all claims in the Action to the extent exclusively relating to the Live Chat

Services exclusively provided by Oracle/ATG to FedEx. Pragmatus dismisses all other claims

WITHOUT PREJUDICE.

| FARNAN LLP | FISH & RICHARDSON P.C. |
|---|---|
| By: /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>bfarnan@farnanlaw.com | By: /s/ Lauren Murphy Pringle<br>William J. Marsden, Jr. (#2247)<br>Lauren Murphy Pringle (#5375)<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel.: (302) 778-8474<br>marsden@fr.com<br>pringle@fr.com |
| *Counsel for Plaintiff Pragmatus Telecom LLC* | *Counsel for Defendant Federal Express Corporation* |
| Date: May 21, 2012 | Date: May 21, 2012 |

SO ORDERED this 29th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE